UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KIM ANTOINE,

    Plaintiff,

v.                            Case No.3:08-cv-787-J-12TEM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss Second Amended Complaint (Doc. 41), filed March 2, 2009. On April 15, 2009, the Court conducted a hearing on the motion. For the reasons stated at the hearing, the Court will grant Defendant's Motion to Dismiss Second Amended Complaint (Doc. 41), but will give Plaintiff leave to file a Third Amended Complaint. Therefore, it is

**ORDERED AND ADJUDGED:**

1. That Defendant's Motion to Dismiss Second Amended Complaint (Doc. 41) is granted; and

2. That the Plaintiff shall have until May 11, 2009, to file a Third Amended Complaint.

**DONE AND ORDERED** this ___15th___ day of April 2009

                                            _/s/ Howell W. Melton_
                                            SENIOR UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record